# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 288 WAL 2014
:
                         Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
               v. :
:
:
:
DANIEL D. LITZ, :
:
                   Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.